IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>SANDQUIST, BEATRICE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-71354 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on 04/30/08. The Trustee was appointed on 04/30/08. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 66,000.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of November 12, 2008 is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 9,992.51 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. | NET CASH available for distribution | $ | 9,992.51 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |

|   |    |                                                                               |    |          |
|---|----|-------------------------------------------------------------------------------|----|----------|
|   | 1. | Trustee compensation requested (See Exhibit F)                                | $  | 1,749.25 |
|   | 2. | Trustee Expenses (See Exhibit F)                                              | $  | 0.00     |
|   | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 2,766.25 |
| e. |   | Illinois Income Tax for Estate (See Exhibit G)                                | $  | 0.00     |

5. The Bar Date for filing unsecured claims expired on.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|    |                                                  |    |           |
|----|--------------------------------------------------|----|-----------|
| a. | Allowed unpaid secured claims                    | $  | 0.00      |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 4,515.50 |
| c. | Allowed Chapter 11 Administrative Claims         | $  | 0.00      |
| d. | Allowed priority claims                          | $  | 0.00      |
| e. | Allowed unsecured claims                         | $  | 87,147.09 |
| f. | Surplus return to debtor                         | $  | 0.00      |

7. Trustee proposes that unsecured creditors receive a distribution of <u>6.28</u>% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $2,766.25. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,766.25.

9. A fee of $1,300.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                                        RESPECTFULLY SUBMITTED:

DATE:   November 12, 2008                /s/Stephen G. Balsley
                                                  STEPHEN G. BALSLEY
                                                  6833 STALTER DRIVE
                                                  ROCKFORD, IL 61108
                                                  (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
SANDQUIST, BEATRICE

CASE NO. 08-71354 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,515.50 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 5,477.01 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 9,992.51 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $4,515.50 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,749.25 | 1,749.25 |
| | Stephen G. Balsley, Attorney for Trustee | 2,655.50 | 2,655.50 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 110.75 | 110.75 |
| | TOTAL $ | | 4,515.50 |

d. $5,477.01 for general unsecured creditors who have filed claims allowed in the total amount of $87,147.09, yielding a dividend of 6.28%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $87,147.09 | 6.28% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | PYOD, LLC/Washington Mutual | 7,101.13 | 446.29 |
| 2 | Chase Bank USA | 4,210.28 | 264.61 |
| 3 | Chase Bank USA | 16,209.85 | 1,018.75 |
| 4 | FIA Card Services, N.A./Bank of America/MBNA Bank | 32,238.90 | 2,026.15 |
| 5 | FIA Card Services, N.A./Bank of America/MBNA Bank | 27,386.93 | 1,721.21 |
| | TOTAL $ | | 5,477.01 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   November 12, 2008         /s/Stephen G. Balsley
                                    STEPHEN G. BALSLEY, Trustee

## EXHIBIT A

## TASKS PERFORMED

## BEATRICE SANDQUIST
## CHAPTER 7 BANKRUPTCY CASE NO. 08-71354

The Debtor had repaid the personal loan to her former husband approximately six weeks prior to the commencement of this case in the sum of $9,988.00. The Trustee recovered the preferential payment from the transferee without the necessity of commencing litigation. The Debtor's schedules also indicated that the Debtor had two parcels of real estate which there was possible equity. The property at 1414 Parmele Street, Rockford, Illinois was owned one-third by the Debtor. The Trustee had the property inspected by a realtor who informed the Trustee that the property was in extremely poor condition, and the net proceeds to the bankruptcy estate would be minimal if the property was sold. The Trustee abandoned his interest in the house, and a Court Order was entered regarding the abandonment on October 8, 2008.

The other property owned by the Debtor was located at 3113 Seventh Street, Rockford, Illinois. The Trustee inspected this property with the realtor. The property is in extremely poor condition. It is smaller than an average garage, and appears to have several code violations. The property had a scheduled value of $21,000.00 and was subject to a mortgage of approximately $8,300.00. The property was further subject to real estate taxes. Because of the condition of the property, it appeared that the property would sell for an insufficient amount to result in any meaningful distribution to creditors. The Trustee abandoned his interest in the property, which abandonment is set forth in a Court Order entered on November 12, 2008.

The Trustee has reviewed claims and has found no objections. The Trustee further determined that no income tax returns are necessary for this bankruptcy estate.

SGB:vcg

**EXHIBIT B**

Page: 1

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 08-71354 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | SANDQUIST, BEATRICE | Filed (f) or Converted (c): | 04/30/08 (f) |
| | | §341(a) Meeting Date: | 06/19/08 |
| Period Ending: | 11/12/08 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | ---: | ---: | :---: | ---: | :---: |
| 1 | 412 - 11th Street, Rockford, Illinois | 52,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1414 Parmele Street, Rockford, Illinois | 45,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 3113 - 7thth Street, Rockford,IlinoisIL | 21,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Cash on hand | 12.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account - National City | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account - AMCORE Bank | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401K | 82,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Kawasaki motorcycle | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Yamaha motorcycle | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2007 Honda Odyssey | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2003 Honda Civic | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Preferential payment to David Sandquist (u) | 9,988.00 | 9,988.00 | | 9,988.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 4.51 | FA |
| 16 | Assets   Totals (Excluding unknown values) | $254,300.00 | $9,988.00 | | $9,992.51 | $0.00 |

Printed: 11/05/2008 08:30 AM   V.10.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 08-71354 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | SANDQUIST, BEATRICE | Filed (f) or Converted (c): | 04/30/08 (f) |
| | | §341(a) Meeting Date: | 06/19/08 |
| Period Ending: | 11/12/08 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): December 1, 2008      Current Projected Date Of Final Report (TFR): November 12, 2008 (Actual)

Printed: 11/05/2008 08:30 AM   V.10.54

## Form 2
### Cash Receipts And Disbursements Record


**EXHIBIT C**

Page: 1

| Case Number: | 08-71354 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | SANDQUIST, BEATRICE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****11-65 - Money Market Account |
| Taxpayer ID #: | 13-7607474 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/12/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/08 | {15} | David E. Sandquist | Payment for preference | 1241-000 | 9,988.00 | | 9,988.00 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.85 | | 9,988.85 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.18 | | 9,990.03 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 9,991.34 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.08 | | 9,992.42 |
| 11/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1200% | 1270-000 | 0.09 | | 9,992.51 |
| 11/04/08 | | To Account #********1166 | Transfer funds from MMA to checking account | 9999-000 | | 9,992.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,992.51 | 9,992.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,992.51 | |
| | | | **Subtotal** | | 9,992.51 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,992.51** | **$0.00** | |

{} Asset reference(s)

Printed: 11/05/2008 08:30 AM  V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-71354 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | SANDQUIST, BEATRICE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*11-66 - Checking Account |
| Taxpayer ID #: | 13-7607474 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/12/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/04/08 | | From Account #\*\*\*\*\*\*\*\*1165 | Transfer funds from MMA to checking account | 9999-000 | 9,992.51 | | 9,992.51 |
| | | | ACCOUNT TOTALS | | 9,992.51 | 0.00 | $9,992.51 |
| | | | Less: Bank Transfers | | 9,992.51 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*11-65 | 9,992.51 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*11-66 | 0.00 | 0.00 | 9,992.51 |
| | $9,992.51 | $0.00 | $9,992.51 |

{} Asset reference(s)                                                                                                    Printed: 11/05/2008 08:30 AM    V.10.54

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 1,749.25 | $ 1,749.25 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 2,655.50 | $ 2,655.50 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ 0.00 | $ 110.75 | $ 110.75 |
| **TOTALS** | **$ 0.00** | **$ 4,515.50** | **$ 4,515.50** |