Case Name: SANDQUIST, BEATRICE
Case No:   08-71354

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 18, 2008        WILLIAM T. NEARY
                                    United States Trustee, Region 11

                            BY:   *Carole J. Ryczek*
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee