IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
SANDQUIST, BEATRICE

CASE NO. 08-71354 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-7769

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:    U.S. BANKRUPTCY COURT
           211 South Court Street, Room 115
           Rockford, IL 61101

    on:    December 17, 2008
    at:    9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,749.25 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 2,655.50 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 110.75 |

4. The Trustee's Final Report shows total:

    a. Receipts                              $       9,992.51

    b. Disbursements                         $           0.00

    c. Net Cash Available for Distribution   $       9,992.51

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $5,477.01, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $87,147.09, resulting in an approximate distribution of 6.28% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   November 12, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1              Date Rcvd: Nov 19, 2008
Case: 08-71354                Form ID: pdf002            Total Served: 19

The following entities were served by first class mail on Nov 21, 2008.
db           +Beatrice Sandquist,   412 11th Street,   Rockford, IL 61104-3257
aty          +Dennis L Leahy,   One Court Place, Suite 203,   Rockford, IL 61101-1042
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
12195318      American Honda,   PO Box 60001,   City Of Industry, CA 91716-0001
12195319      Bank of America,   PO Box 17309,   Baltimore, MD 21297-1309
12195320      Bank of America,   PO Box 37291,   Baltimore, MD 21297-3291
12195321      Blackhawk State Bank,   PO Box 719,   Beloit, WI 53512-0719
12401602     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12195322      Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
12195323      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
12195324    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati, OH 45263-0778)
12195325      Kawasaki,   PO Box 17602,   Baltimore, MD 21297-1602
12195326      Manchester Memorial Hospital,   210 Marie Langdon Dr,   Manchester, KY 40962-6388
12195328      National City,   PO Box 5570,   Cleveland, OH 44101-0570
12195327      National City,   PO Box 856153,   Louisville, KY 40285-6153
12394983      PYOD LLC its successors and assigns as assignee of,   Washington Mutual,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12195329     +Washington Mutual Card Services,   PO Box 660487,   Dallas, TX 75266-0487
12195330      Yamaha,   PO Box 17602,   Baltimore, MD 21297-1602
The following entities were served by electronic transmission on Nov 20, 2008.
12618867     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 20 2008 02:03:44
               FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                         TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2008**              **Signature:** _Joseph Speetjens_